| | |
|---|---|
| 1 | DAVID B. ABEL (Bar No. 156744) |
| | David.abel@dlapiper.com |
| 2 | ANTONY E. BUCHIGNANI (Bar No. 186528) |
| | Antony.buchignani@dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 1999 Avenue of the Stars, Suite 400 |
| 4 | Los Angeles, CA  90067-6023 |
| | Tel:  310.595.3000 |
| 5 | Fax:  310.595.3300 |
| 6 | Attorneys for Plaintiff |
| | APPLIED BUSINESS SOFTWARE, INC. |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED BUSINESS SOFTWARE, INC., a California corporation, | CASE NO.  CV 08-05953 AHM (Ex) |
| Plaintiff, | **FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41 AND FOR COURT TO RETAIN JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT** |
| v. | |
| WIZARD FINANCIAL INVESTMENTS & LOANS, INC., a California corporation and JOSEPH BUSH, an individual, | |
| Defendants. | Judge:  Honorable A. Howard Matz |
| WIZARD FINANCIAL INVESTMENTS & LOANS, INC., a California corporation, | |
| Counter-Claimant, | |
| vs. | |
| APPLIED BUSINESS SOFTWARE, INC., a California corporation, | |
| Counter-Defendant. | |

WEST\21744713.1                                            [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that:

1. The Complaint of Plaintiffs APPLIED BUSINESS SOFTWARE, INC. ("ABS") in this matter is hereby dismissed, *without prejudice*. As the parites' settlement agreement will not be satisfied, by its terms, until August 15, 2009, this Court shall retain jurisdiction to enforce the settlement agreement, until November 1, 2009. In the event that either or both defendants WIZARD FINANCIAL INVESTMENTS & LOANS, INC. ("WIZARD") and JOSEPH BUSH (collectively "DEFENDANTS") enter into a state of uncured and incurable default pursuant to the terms of the settlement agreement, this case is subject to being re-opened by *ex parte* application or motion by ABS to enter a consent judgment of the parties. Said consent judgment, and the stipulation relative thereto, shall be retained by ABS's counsel, and only submitted to the Court for entry in the event of either or both DEFENDANTS' uncured and incurable default with the provisions of the Settlement Agreement.

2. Counter-claimant WIZARD's counter-claims are hereby dismissed, *with prejudice.*

Dated: July 01, 2009

**JS-6**

_____
Hon. A. Howard Matz
United States District Judge

-1-

WEST\21744713.1                                    [PROPOSED] ORDER